UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE F., JR., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | Hon. Karen M. Williams <br> Civil Action No. 1:24-cv-00491 <br><br> **Electronically Filed** |

**CONSENT ORDER REVERSING AND REMANDING FOR FURTHER
PROCEEDINGS PURSUANT TO
SENTENCE FOUR OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by Philip R. Sellinger, United States Attorney for the District of New Jersey, and Evelyn Rose Marie Protano, Special Assistant United States Attorney, attorneys for Defendant, for an Order reversing and remanding the within cause of action to the Defendant pursuant to sentence four of 42 U.S.C. § 405(g) so that further administrative action may be taken. On remand, the Commissioner, through the Appeals Council, will refer Plaintiff's case to an Administrative Law Judge with instructions to offer Plaintiff the opportunity for a hearing and issue a new decision.

Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this <u>10th</u> day of <u>July</u>, 2024;

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action. Entry of a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure will be separately issued.

*Karen M. Williams*
_____
HON. KAREN M. WILLIAMS
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

        PHILIP R. SELLINGER
        United States Attorney

By:    */s/ Evelyn Rose Marie Protano*
        EVELYN ROSE MARIE PROTANO
        Special Assistant U.S. Attorney

By:    */s/ Jamie R. Hall*
        JAMIE R. HALL, ESQUIRE
        Attorney for Plaintiff