UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE F., JR.,<br><br>    Plaintiff,<br><br> v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Hon. Karen M. Williams<br>Civil Action No. 1:24-cv-00491<br><br>**Electronically Filed** |

## JUDGMENT ORDER

AND NOW, this __10__ day of __July__, 2024, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

            BY THE COURT:

            *Karen M. Williams*
            _____
            HON. KAREN M. WILLIAMS
            United States District Judge